An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL FLORES,
Appellant,
vs.
SAM HARDING,
Respondent.

No. 64276

**FILED**

JAN 2 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order granting a motion to dismiss in a legal malpractice action. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

Notice of entry of the district court's September 6, 2013, order dismissing appellant's complaint was served on appellant by respondent's counsel via United States mail on September 9, 2013. Because service of the notice of entry was by mail, appellant had 33 days from the date of service to file his notice of appeal. *See* NRAP 4(a)(1); NRAP 26(c). Appellant's notice of appeal was therefore due to be filed in the district court on or before October 14, 2013. Appellant filed his notice of appeal on October 21, 2013, after the 33-day period for filing the notice of appeal had run.[1] Because appellant's notice of appeal was untimely filed, we lack jurisdiction to consider this appeal. *See Healy v. Volkswagenwerk*

---

[1]Although appellant filed several motions after the date the notice of entry of the district court's order dismissing his complaint was served, none of those motions sought a substantive alteration of the judgment, and the time for appellant to file his notice of appeal was therefore not tolled by those motions. *See* NRCP 59; *AA Primo Builders, LLC v. Washington*, 126 Nev. ___, ___, 245 P.3d 1190, 1195 (2010).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-01940

*Aktiengesellschaft*, 103 Nev. 329, 331, 741 P.2d 432, 433 (1987) (noting that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. David B. Barker, District Judge
       Daniel Flores
       Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
       Eighth District Court Clerk